# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| KENNETH RATCLIFF, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MORLEY COMPANIES, INC.,<br><br>　　Defendant. | Case No. 1:22-cv-10360-TLL-PTM<br><br>Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kenneth Ratcliff, by and through undersigned counsel, hereby dismisses this action against Morley Companies, Inc. with prejudice.

Dated: May 2, 2023

Respectfully submitted,

/s/ Ben Barnow
BEN BARNOW
*b.barnow@barnowlaw.com*
ANTHONY L. PARKHILL
*aparkhill@barnowlaw.com*
RILEY W. PRINCE
*rprince@barnowlaw.com*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504

*Counsel for Plaintiff Kenneth Ratcliff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I submitted the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** through the Court's CM/ECF system, thereby serving it on all counsel of record.

/s/ Ben Barnow
Ben Barnow